IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 4:03CR00260 JMM

GENE VERNARD SPILER

## ORDER

Pending before the Court is Defendant's Motion for Early Termination of Supervised Release (#41). The Court agrees with the reasoning of the government as stated in its June 5, 2012 response. The motion is denied.

IT IS SO ORDERED THIS 6 day of  June , 2012.

James M. Moody
United States District Judge